

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE SUPERSEDING INDICTMENT AND ARREST WARRANTS AGAINST DANTE BAILEY, a/k/a Gutta, a/k/a Almighty, a/k/a "Wolf," et al. | Case No.   CCB-16-0267<br><br>**Filed Under Seal** |

## GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through its Attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland and Christina A. Hoffman, Assistant United States Attorney for said District, and hereby moves this Honorable Court for an Order sealing the arrest warrant and complaint in this matter, and in support thereof states:

1. On or about September 22, 2016, the grand jury for the District of Maryland returned a Superseding Indictment charging Dante BAILEY and twenty-three other defendants with racketeering conspiracy in violation of 18 U.S.C. § 1962(d) and other violations of federal law.

2. The defendants are not aware of the investigation or the Superseding Indictment and arrest warrants against them. The government plans to execute the arrest warrants in connection with several search warrants on September 27, 2016.

3. Public disclosure of the Superseding Indictment or arrest warrants for the defendants could therefore jeopardize the government's investigation by causing the defendants or their known and unknown co-conspirators to change patterns of behavior, move or destroy evidence, flee from prosecution, and/or influence witnesses to their criminal activities.

WHEREFORE, the government respectfully requests that the Superseding Indictment and arrest warrants, along with this motion and the Court's reasons for sealing, be sealed until further order of this Court.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: *Christina Hoffman*
Christina A. Hoffman
Assistant United States Attorney
36 South Charles Street
Baltimore, Maryland 21201
410-209-4800